IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR HOLM,

    Plaintiff,

v.

CAPTAIN CASIANA, LT. ANDERSON,
TRISHA ANDERSON, DR. STEGLIA,
PHILLIP KERCH, DONALD MORGAN,
MARY LEISER, S. HAUTAMAKI,
DAVID MELBY, CAPTAIN MILLER,
LUCAS WOGERNESE, MICHAEL
DITTMAN, C.O. II RHODE, SHARALEE
LUNDMARK, CHARLES FACKTOR and
CINDY O'DONNELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-794-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |