NOTICE OF APPEAL TO A COURT OF APPEALS FROM A
JUDGMENT OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

VICTOR E. HOLM,

    Plaintiff,

v.                                    Case No. 16-cv-794-bbc

CAPTAIN CASIANA, LT. ANDERSON,
TRISHA ANDERSON, DR. STEGLIA and
PHILIP KERCH,

    Defendants.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Victor E. Holm, Plaintiff, Pro Se, suing Captain Casiana, LT. Anderson, Trisha Anderson, Dr. Steglia and Philip Kerch, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit the final judgment that was entered in favor of defendants dismissing this case on March 19, 2018, and a Motion For Reconsideration was denied on May 7, 2018, by the Western District Court by the Honorable Barbara B. Crabb.

    Respectfully Submitted this 14th day of May, 2018.

*Victor E. Holm*
VICTOR E. HOLM
PRO SE PLAINTIFF.

Victor E. Holm #123136
Columbia Correctional Institution
P.O. Box 900
Portage, Wisconsin 53901-0900